

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2022

No. 04-21-00365-CV

**IN RE** The John O. **YATES** Trust

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 116847
Honorable Oscar J. Kazen, Judge Presiding

# O R D E R

Appellant's reply brief is currently due on January 10, 2022. On December 23, 2021, appellant filed a motion requesting an extension of time to file his reply brief until January 21, 2022.

After consideration, we **GRANT** the motion and **ORDER** appellant to file his reply brief **by January 21, 2022**.

It is so **ORDERED** on January 4, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT